No. 9854. GEORGE W. McKEAN, as Administrator of the Estate of EMIL STRICKER, Deceased, PLAINTIFF AND APPELLANT, *v.* NOLA STRICKER, DEFENDANT AND RESPONDENT.

317 Pac. (2d) 315.

Decided October 25, 1957.

*Lyman H. Bennett, Jr.,* Virginia City, for Plaintiff and Appellant.

*H. A. Bolinger, Jr.,* Bozeman, for Defendant and Respondent.

Per Curiam.

On application of the appellant and respondent, and stipulation filed;

It is hereby ordered that the appeal in the above-entitled cause be and it is dismissed with prejudice.